# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00098-CV

Appellant, Texas Commission on Environmental Quality// Cross-Appellant,
Environmental Defense, Inc.

v.

Appellees, Environmental Defense, Inc. and Sierra Club// Cross-Appellees,
Texas Commission on Environmental Quality, State Office of Administrative Hearings;
and Sandy Creek Energy Associates, L.P.

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-06-003957, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from the trial court's order granting in part and denying in part a plea to the jurisdiction filed by Appellant the Texas Commission on Environmental Quality. The TCEQ has now filed a motion to abate this appeal. After reviewing the motion and the responses thereto, we grant the motion and abate this appeal until June 29, 2007. The TCEQ shall file a status report to inform this Court of the status of this litigation on or before June 29, 2007.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Henson

Abated

Filed:   April 13, 2007